UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 06-20321 |
| vs. ) | |
| ) | |
| TEDDRICK TURNER ) | |
| ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have <u>Teddrick Turner, RNI: 270214</u>, now being detained in the Shelby County Correctional Center, appear before the Honorable James H. Allen on Wednesday, March 14, 2007 @ 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 8th day of March, 2007.

s/ Stephen P. Hall
Assistant U. S. Attorney

------------------------------------------------------------------

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY CORRECTIONAL CENTER, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have <u>Teddrick Turner, RNI: 270214</u>, appear before the Honorable James H. Allen on the date and time aforementioned.

ENTERED this 8th day of March, 2007.

s/James H. Allen
JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE